MAGGIE SEXTON, Appellant, *v.* FRANK SEXTON et al., Respondents.

*Sexton* v. *Sexton,* 64 App. Div. 385, affirmed.
(Submitted February 20, 1903; decided March 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 4, 1901, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*George Gru* and *F. J. Moissen* for appellant.

*Richard A. Rendich* for respondents.

Order affirmed and judgment absolute ordered for defendants on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.